# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
December 27, 2024
Nathan Ochsner, Clerk of Court

No. 24-20140
Summary Calendar

United States Court of Appeals
Fifth Circuit
**FILED**
December 5, 2024
Lyle W. Cayce
Clerk

Rodolfo Benitez,

*Plaintiff—Appellant,*

*versus*

Amguard Insurance Company,

*Defendant—Appellee.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:22-CV-3619

---

Before Davis, Stewart, and Southwick, *Circuit Judges.*

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

No. 24-20140

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.



Certified as a true copy and issued
as the mandate on Dec 27, 2024

Attest:   *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 27, 2024

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 24-20140    Benitez v. AmGuard Insurance Co
                          USDC No. 4:22-CV-3619

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

*Dantrell Johnson*

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

cc:
    Mr. Kevin Graham Cain
    Mr. Jamie Penton Cooper
    Mr. Eric B. Dick
    Mr. Christopher Weldon Martin
    Mr. Alexander B. Wathen